**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-03011-REB

BRIAN L. MEDINA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**ORDER APPROVING STIPULATION OF AWARD OF ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**Blackburn, J.**

The matter is before me on the **Motion For Order Approving Stipulation of Award of Attorney Fees Under the Equal Access To Justice Act** [#22][1] filed May 31, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff should be awarded attorney fees in the amount of four thousand two hundred dollars ($4,200.00) under the Equal Access To Justice Act, 28 U.S.C. § 2412(d).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion For Order Approving Stipulation of Award of Attorney Fees Under the Equal Access To Justice Act** [#22] filed May 31, 2012, is **GRANTED**; and

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     2.  That plaintiff is awarded attorney fees in the amount of four thousand two hundred dollars ($4,200.00) under the Equal Access To Justice Act, 28 U.S.C. § 2412(d).

     Dated May 31, 2012, at Denver, Colorado.

                           **BY THE COURT:**

                           */s/ Robert E. Blackburn*
                           Robert E. Blackburn
                           United States District Judge